UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER S. KIRCHNER,<br><br>　　　　　Defendant,<br><br>　　-and-<br><br>KFIM LLC,<br><br>　　　　　Relief Defendant. | C. A. No.: 4:23-cv-147 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

　　Plaintiff Securities and Exchange Commission is unaware of any person or entity, other than Defendant, Relief Defendant, and investors, who have a financial interest in the outcome of this litigation.

DATED:　　February 14, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jessica T. Quinn*
　　　　　　　　　　　　　　　　　　　　Jessica T. Quinn
　　　　　　　　　　　　　　　　　　　　New York Bar No. 5238571
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION
　　　　　　　　　　　　　　　　　　　　New York Regional Office
　　　　　　　　　　　　　　　　　　　　100 Pearl Street, Suite 20-100
　　　　　　　　　　　　　　　　　　　　New York, New York 10004-2616
　　　　　　　　　　　　　　　　　　　　(212) 336-0929 (Quinn)
　　　　　　　　　　　　　　　　　　　　quinnj@sec.gov