UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                              No. 4:23-CV-0147-P

**CHRISTOPHER STEVEN KIRCHNER, ET AL.,**

   Defendants.

## ORDER

The Court is aware that counsel for Plaintiff is not admitted to the Northern District of Texas. The Court therefore **ORDERS** Plaintiff's counsel to move to proceed pro hac vice **by 5:00 p.m. on February 17, 2023**.

**SO ORDERED** on this **14th day of February 2023**.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE