UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

  Plaintiff,

v.                                                                    No. 4:23-CV-0147-P

**CHRISTOPHER STEVEN KIRCHNER, ET AL.,**

  Defendants.

## ORDER

The Court has considered and now **GRANTS** Jessica T. Quinn's (ECF No. 6) and Mary Kay Dunning's (ECF No. 7) applications for admission pro hac vice. Further, if the applicants have not already done so, they must register as an ECF user within two weeks of this order through the Court's website.[1] Failure to do so may result in the revocation of pro hac vice status and the applicants' withdrawal from the case. *See* LR 5.1 and LCrR 49.2(g).

**SO ORDERED** on this **16th day of February 2023**.

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

---

[1] At www.txnd.uscourts.gov under filing/electronic case files/ECF User Registration Form.