UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

     v.

CHRISTOPHER S. KIRCHNER,

                Defendant,

         -and-

KFIM LLC,

                Relief Defendant.

No.: 4:23-CV-0147-P

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF

     Matthew J. Gulde submits this notice of appearance as additional counsel on behalf of

Plaintiff Securities and Exchange Commission and respectfully requests receipt of all notices and

orders from the Court as well as service of all documents filed by the parties.

Dated:  February 23, 2023

Respectfully submitted,

*/s/ Matthew J. Gulde*
Matthew J. Gulde
Illinois Bar No. 6272325
Direct Phone: (817) 978-1410
guldem@sec.gov

Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, Texas 76102-6882
Fax: (817) 978-4927

Jessica T. Quinn (*pro hac vice*)
New York Bar No. 5238571
Direct Phone: (212) 336-0929
quinnj@sec.gov

Mary Kay Dunning (*pro hac vice*)
New York Bar No. 4293262
Direct Phone: (212) 336-5039
dunningm@sec.gov

Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
Fax: (212) 336-1319

*Counsel for Plaintiff Securities and
Exchange Commission*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 23, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the court.

*/s/ Matthew J. Gulde*
Matthew J. Gulde