UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SECURITES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER S. KIRCHNER,**<br><br>Defendant,<br><br>-and-<br><br>**KFIM LLC,**<br><br>Relief Defendant. | No.: 4:23-CV-0147-P |

**PLAINTIFF'S NOTICE OF PROCEDURE CONCERNING
FACE-TO-FACE CONFERENCE REQUIREMENT**

On February 16, 2023, the Court issued an Order governing, *inter alia*, the parties' initial scheduling conference in this matter (the "Order"). (Dkt. No. 11.) The Order requires the parties to confer in a face-to-face, in-person conference as soon as practicable (the "Face-to-Face Requirement"). Counsel for Plaintiff Securities and Exchange Commission ("SEC") are located in New York, New York, and lead counsel is unable to travel by plane due to late-stage pregnancy. Local counsel for the SEC, who has entered a notice of appearance in this case (Dkt. No. 12), is located in Fort Worth, Texas, and is familiar with the underlying facts of the case. In light of the foregoing, the SEC hereby notifies the Court that it intends to satisfy the Order's Face-to-Face Requirement as follows: local counsel for the SEC will appear in person at the scheduling conference and counsel for the SEC located in New York will appear via videoconference.

Dated:   March 1, 2023

                                                Respectfully submitted,

                                                */s/ Jessica T. Quinn*

Jessica T. Quinn (*pro hac vice*)
New York Bar No. 5238571
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
(212) 336-0929
quinnj@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

2

## CERTIFICATE OF SERVICE

      I certify that on March 1, 2023, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the court.

                                      */s/ Jessica T. Quinn*
                                      Jessica T. Quinn